UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

TOYOTA LEASE TRUST,

                                                    Plaintiff,               **ORDER**

           - against -                                                No. 19-CV-3199

CITY OF YONKERS,

                                                 Defendant.

------------------------------------------------------------------x

<u>Seibel, J.</u>

      Pursuant to my Emergency Individual Rules and Practices in Light of COVID-19, last revised March 19, 2020, all parties to civil conferences shall attend by phone, using the following information:

      <u>Toll-Free Number</u>:  (877) 336-1839
      <u>Access Code</u>:  1047966

      The parties should call in from a landline, announce their names before speaking, and mute their lines when not speaking.  This Order is subject to revocation at any time.

**SO ORDERED.**

Dated: March 31, 2020
       White Plains, New York

                                                      _____
                                                        CATHY SEIBEL, U.S.D.J.