UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOYOTA LEASE TRUST,<br><br>   Plaintiff,<br><br> v.<br><br>THE CITY OF YONKERS,<br><br>   Defendant. | 7:19-cv-03199 (CS)(PED)<br><br>**JUDGMENT** |

Seibel, J.

  This action having been commenced on April 10, 2019 by the filing of the Summons and Complaint; and it appearing that Defendant, City of Yonkers ("Defendant") made an offer of judgment pursuant to Federal Rule of Civil Procedure 68 on May 11, 2020; and it appearing that Plaintiff, Toyota Lease Trust ("Plaintiff") unconditionally accepted that offer on May 15, 2020; and Plaintiff having filed the offer, acceptance, and an appropriate proof of service with the court in accordance with Rule 68(a); and good cause having been shown; judgment is hereby entered against Defendant pursuant to Fed. R. Civ. P. 68 as follows:

  Judgment is entered in favor of Plaintiff and against Defendant, City of Yonkers, in the amount of $25,000, inclusive of all costs and attorneys' fees at issue in this action; and

  Judgment is entered against Defendant requiring Defendant to revise the Defendant's Code at Chapter 109-132 and any other related provisions to provide for prompt notice of towing or removal as well as an opportunity to be heard before a person or party independent of the Defendant to any registered owner, title owner or lien holder of any motor vehicle being towed or removed for non-payment of parking tickets.

This Court shall retain jurisdiction of this action to ensure compliance with this Order and for all other purposes related to this Action.

There being no just reason for delay, the Clerk of the Court is hereby instructed to enter this Order and Judgment by Default Against Defendant City of Yonkers forthwith and without further notice.

The Clerk of Court is directed to close this case.

**SO ORDERED**, this  15th  day of    May   , 2020.

Dated:    May 15   , 2020
White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.